IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants*. | Civil Action No. _____ |

**TEVA PHARMACEUTICAL INDUSTRIES LTD.'S AND TEVA PHARMACEUTICAL USA, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Teva Pharmaceuticals USA, Inc. hereby discloses that (1) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Ltd., Teva Pharmaceuticals Europe (Holland) and Teva Pharmaceutical Industries Ltd. (Israel); and (2) Teva Pharmaceutical Industries Ltd. is the only publicly-traded company that owns – through the aforementioned chain – 10% or more of Teva Pharmaceuticals USA, Inc.

Plaintiff Teva Pharmaceuticals Industries Ltd. hereby discloses that (1) it has no parent corporation; and (2) no publicly held corporation owns 10% or more of its stock.

YOUNG CONAWAY STARGATT<br>
& TAYLOR, LLP<br>
<br>
/s/<br>
Josy W. Ingersoll (No. 1088)<br>
John W. Shaw (No. 3362)<br>
The Brandywine Building, 17th Floor<br>
1000 West Street<br>
Wilmington, DE 19899<br>
(302) 571-6600<br>
jshaw@ycst.com<br>
*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

1

OF COUNSEL:
Steven J. Lee, Esq.
Robert V. Cerwinski, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1050
(212) 425-7200

Dated: January 12, 2007