REDACTED – PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | Civil Action No. 07-CV-24-JJF <br><br> **CONFIDENTIAL –** <br> **FILED UNDER SEAL** |

WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY

On Monday, January 26, 2007, Plaintiffs, Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., filed a Motion for Expedited Discovery of Process Information (D.I. 5). Based on representations by counsel for Torrent that

REDACTED

Plaintiffs hereby withdraw their Motion without prejudice to their right to renew.

Dated: February 1, 2007

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone (302) 571-6600
Fax (302) 571-1253
kkeller@ycst.com

*Of Counsel:*

KENYON & KENYON LLP
Steven J. Lee, Esq.
Robert V. Cerwinski, Esq.
One Broadway
New York, NY 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

2

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on February 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.

I further certify that on February 1, 2007, I caused a copy of the foregoing document to be served on the following in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

Keith D. Parr, Esquire
Lord, Bissell & Brook LLP
111 S. Wacker Drive
Chicago, Illinois 60606-4410
kparr@lordbissell.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*