AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  DELAWARE

TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC.,

        Plaintiffs,

  v.

TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-24

TO: (Name and address of defendant)

    TORRENT PHARMA INC.
    c/o Corporation Service Company
    2711 Centerville Road
    Suite 400
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Josy W. Ingersoll, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                                         JAN 12 2007

CLERK                                                                                                   DATE

*Evette Waters* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | 1/26/07 |
| NAME OF SERVER (PRINT) EUGENE MATTHEWS | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Torrent Pharma Inc by serving its registered agent, The Corporation Service Co at 2711 Centerville Rd, Wilm DE 19808 at 3:26pm Person accepting service: Mary Drummond

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/26/07
        Date

Signature of Server: Eugene E. Matthews

Address of Server: 230 N Market St, Wilm DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.