IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | Civil Action No. 07-CV-24-JJF |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby dismiss the within action without prejudice.

Dated: February 15, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone (302) 571-6600
Fax (302) 571-1253
jingersoll@ycst.com

*Of Counsel:*

KENYON & KENYON LLP
Steven J. Lee, Esq.
Robert V. Cerwinski, Esq.
One Broadway
New York, NY 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

DB02:5787766.1     065982.1001