O AO 120 (Rev. 3/04)

| TO | Director of the U.S. Patent and Trademark Mail Stop 8 Office<br><br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following   X Patents or    Trademarks:

| DOCKET NO.<br>07cv24 | DATE FILED<br>1/12/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Teva Pharmaceutical Industries Ltd. And Teva Pharmaceuticals USA, Inc. | | DEFENDANT<br><br>Torrent Pharmaceuticals Ltd and Torrent Pharma Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,600,073 B1 | 7/29/03 | Teva Pharmaceutical Industries Ltd. |
| 2 | 6,500,987 B1 | 12/31/02 | Teva Pharmaceutical Industries Ltd. |
| 3 | 6,495,721 B1 | 12/17/02 | Teva Pharmaceutical Industries Ltd. |
| 4 | 6,897,340 B2 | 5/24/05 | Teva Pharmaceutical Industries Ltd |
| 5 | | | |

In the above---entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED " NOTICE OF VOLUNTARY DISMISSAL" |

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | *signature* | 2/15/2007 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> *Defendants.* | Civil Action No. 07-CV-24-JJF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby dismiss the within action without prejudice.

Dated: February 15, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone (302) 571-6600
Fax (302) 571-1253
jingersoll@ycst.com

DB02:5787766.1                                                                                                   065982.1001

*Of Counsel:*

KENYON & KENYON LLP
Steven J. Lee, Esq.
Robert V. Cerwinski, Esq.
One Broadway
New York, NY 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*